UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED  E-FILED
Thursday, 16 September 2004 01:52:43 PM
Clerk, U.S. District Court, ILCD

SEP 16 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JOSEPH CLARK,                    )
                                 )
        Plaintiff,               )
                                 )
    vs.                          )    Case Number 1:04-CV-01012
                                 )
JOSEPHINA TORREZ, et al.,        )
        Defendants.              )

## PLAINTIFF'S MOTION FOR PERMISSION/LEAVE TO FILE AN AMENDED COMPLAINT

Now Comes The Plaintiff, Joseph Clark, pro se, pursuant to Federal Rules Of Civil Procedure, Rule 15(a), and respectfully move this Honorable Court for permission/leave to file an amended complaint in the above-captioned cause. In support of this motion, the Plaintiff submits as follows:

1. That he is the Plaintiff in the above-captioned case, and that he is, and was at all pertinent times, proceeding pro se in this above-captioned case.

2. That this above-captioned case was filed in this Honorable Court on January 21, 2004.

3. That ever since the Plaintiff filed this above-captioned cause, and at the same time pursuing other Civil Rights actions in Federal Court, and legal action in State court, the Defendants and agents of the Defendants have been, and still are, seriously retal-iating against the Plaintiff because of the filing of this above-captioned case and the pursuit of other Civil Rights actions and the filing of legal action in the State court and the filing of institutional grievances and administrative complaints; and the Defendants has engaged in a series of retaliatory and harassing conduct/actions against the Plaintiff.

4. That the retaliation against the Plaintiff by the Defendants is of such seriousness, that the Plaintiff will more than likely need Preliminary/Emergency Injunction to be entered by this Honorable Court; and that this Court's intervention is very much necessary.

5. That the Plaintiff seeks to file an amended complaint, to add count(s) of retaliation to this above-captioned cause.

6. That the counts/claims which the Plaintiff seeks to add/amend to this above-captioned case are colorable and establishes Constit-utional claim(s).

7. That the Plaintiff has never before filed any amended complaint, and the Plaintiff would ask this Honorable Court to please direct the Clerk of this Court to provide him (Plaintiff) with any pertinent or necessary instructions and the Amended Complaint Form(s).

8. That justice so requires that the Plaintiff be given permission/leave to file an amended complaint in this above-captioned cause, and that this Motion be granted.

Wherefore, for all of the above mentioned reasons, the Plaintiff respectfully move this Honorable Court for permission/leave to file an amended complaint in the above-captioned cause, and that this Honorable Court please direct the Clerk of this Court to provide Plaintiff with any pertinent/relevant instructions and the Amended Complaint Form(s).

Respectfully Submitted,

Joe Clark
Plaintiff, pro se
Joe Clark
#K57170, North House-cell #111
700 West Lincoln Street
P.O. Box-99
Pontiac, Illinois 61764

IN THE
### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

Joseph Clark, )
Plaintiff, )
)
) Case No. 1:04-cv-01012
)
v. )
)
)
Josephina Torrez, et al., )
Defendants.

## PROOF/CERTIFICATE OF SERVICE

John M. Waters
TO: United States District Court        TO: Theresa M. Powell        TO: John J. Weathers
Central District Of Illinois            Heyl, Royster, Voelker & Allen    Assistant Attorney General
Office Of The Clerk, Room 309           Suite 575, National City Center
                                                                        500 South Second Street
Federal Building, 100 N.E. Monroe Street    I North Old State Capitol Plaza, P.O. Box 1687
                                                                        Springfield, Illinois 62706
Peoria, Illinois 61602                  Springfield, Illinois 62705-1687
(the original and three(3) copies sent)     (one(1) copy sent)          (one(1) copy sent)

PLEASE TAKE NOTICE that on ____September   07____, 20_04_, I have placed the

documents listed below in the institutional mail at ____Pontiac____ Correctional Center,

properly addressed to the parties listed above for mailing through the United States Postal

Service: my Cover Letter to the Clerk Of The Court; my

Plaintiff's Motion For Permission/Leave To File An Amended Complaint; and this Proof/Certif-

icate Of Service paper.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury,

that I am a named party in the above action, that I have read the above documents, and that the

information contained therein is true and correct to the best of my knowledge.

DATE: September 07, 2004                    /s/        Joe Clark
                                            NAME: Joe Clark
                                            IDOC#: #K57170
                                            Pontiac Correctional Center
                                            P.O. BOX - 99
                                            Pontiac, IL. 61764

Revised Oct 2002