Original Copy

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

Dear Clerk Waters:

This is Mr. Joseph Clark, and I am the Plaintiff in the case of Joseph Clark vs. Josephina Torrez, et al., Case Number 04-1012, which is pending in this Court. First of all, please forgive me for having to utilize and submit this Grievance Form paper to write this correspondence and this Motion/Request For An Extension Of Time; but you must please understand that I am presently having a serious problem with certain legal library (Law Library) staff member(s), whereby this Law Library staff member is retaliating against me and spitefully refusing to acknowledge and honor my requests for necessary legal supplies (paper, envelopes, etc.) and is spitefully refusing to provide me with any of the essential legal supplies (paper and envelopes) which I really need and which I have been requesting. And I am a poor (indigent) prisoner, so I am unable to purchase any of the necessary legal materials which I need from off the inmate commissary, and thus, this is the **only** sheet of blank paper that I have, and so I must also ask you to please forgive me for only being able to send/provide you with just this one single copy of this correspondence-motion. But however, due to these extraordinary and compelling circumstances, I respectfully ask if you will excuse my shortcomings, as it is **not** due to any culpable negligence on my behalf, and if you will kindly file the below Motion/Request with The Court. I appreciate your cooperation and your help. Sincerely,

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Joseph Clark,                    )
    Plaintiff,               )
    vs.                      )    Case No. 04-1012
Josephina Torrez, et al.,        )
    Defendants.              )

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE A MOTION FOR RECONSIDERATION, AND REQUEST FOR A NECESSARY COURT-ORDER OR INJUNCTION**

Now Comes The Plaintiff, Joseph Clark, prose, and respectfully move this Honorable Court for an extension of time in which to file his Motion For Reconsideration Of This Court's September 24, 2004 Order in this above-captioned case, and also move/request for a necessary court-order or injunction. In support of this Motion/Request, the Plaintiff states as follows:

① That Jeannine Kohlmeyer is a paralegal assistant employed by the Defendants at the Plaintiff's place of confinement, and is assigned to handle all requests (legal and administrative) sent over to the main Law Library from inmates in the North Cellhouse, where Plaintiff is housed.

② Recently, the Plaintiff has necessarily had to file grievances and administrative complaints against paralegal assistant Jeannine Kohlmeyer due to her neglect of work habits and neglect of her official duties, and ever since her (J. Kohlmeyer) superiors contacted her concerning the matters, she has been retaliating against the Plaintiff and spitefully doing things to hinder and interfere with Plaintiff's legal and administrative endeavors, and the Plaintiff has indeed brought these problems to the attention of Jeannine Kohlmeyer's superiors and admin-