Original Copy

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

Dear Clerk Waters:

This is Mr. Joseph Clark, and I am the Plaintiff in the case of Joseph Clark vs. Josephina Torrez, et al., Case Number 04-1012, which is pending in this Court. First of all, please forgive me for having to utilize and submit this Grievance Form paper to write this correspondence and this Motion/Request For An Extension Of Time; but you must please understand that I am presently having a serious problem with certain legal library (Law Library) staff member(s) whereby this Law Library staff member is retaliating against me and spitefully refusing to acknowledge and honor my requests for necessary legal supplies (paper, envelopes, etc.) and is spitefully refusing to provide me with any of the essential legal supplies (paper and envelopes) which I really need and which I have been requesting. And I am a poor (indigent) prisoner, so I am unable to purchase any of the necessary legal materials which I need from off the inmate commissary, and thus, this is the **only** sheet of blank paper that I have, and so I must also ask you to please forgive me for only being able to send/provide you with just this one single copy of this correspondence-motion. But however, due to these extraordinary and compelling circumstances, I respectfully ask if you will excuse my shortcomings, as it is **not** due to any culpable negligence on my behalf, and if you will kindly file the below Motion/Request with The Court. I appreciate your cooperation and your help. Sincerely,

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Joseph Clark,                    )
          Plaintiff,             )
   vs.                           )   Case No. 04-1012
Josephina Torrez, et al.,        )
          Defendants.            )

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE A MOTION FOR RECONSIDERATION, AND REQUEST FOR A NECESSARY COURT-ORDER OR INJUNCTION**

Now Comes The Plaintiff, Joseph Clark, pro se, and respectfully move this Honorable Court for an extension of time in which to file his Motion For Reconsideration Of This Court's September 24, 2004 Order in this above-captioned case, and also move/request for a necessary Court-order or injunction. In support of this Motion/Request, the Plaintiff states as follows:

① That Jeannine Kohlmeyer is a paralegal assistant employed by the Defendants at the Plaintiff's place of confinement, and is assigned to handle all requests (legal and administrative) sent over to the main Law Library from inmates in the North Cellhouse, where Plaintiff is housed.

② Recently, the Plaintiff has necessarily had to file grievances and administrative complaints against paralegal assistant Jeannine Kohlmeyer due to her unethical work habits and neglect of her official duties, and ever since her (J. Kohlmeyer's) supervisors confronted her concerning the matters, she has been retaliating against the Plaintiff and spitefully doing things to hinder and interfere with Plaintiff's legal and administrative endeavors; and the Plaintiff has indeed brought these problems to the attention of Jeannine Kohlmeyer's supervisors and administrative officials.

③ That the Plaintiff is a poor (indigent) prisoner, and without any funds or financial means whatsoever to purchase any legal materials (paper, envelopes, pens, etc.) whatsoever, and according to this Department's own rules and regulations, the Law Library staff is obligated and required to provide poor/indigent prisoners with the necessary legal supplies/materials for those who request for it; and the Law Library staff is also obligated to provide requested legal case-laws, for legal purposes, to those who request.

④ That on September 24, 2004, this Court entered its order in this above-captioned case, and the Plaintiff wishes to, and intends to, file a

(continued) **TURN OVER** →

# ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

| Date: | Committed Person: (Please Print) | ID#: |
|---|---|---|
| Present Facility: | Facility where grievance issue occurred: | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___    Date of Report    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:**

(Continuation) Motion For Reconsideration of the Courts September 24, 2004 order, but the Plaintiff does not have the necessary legal supplies/materials with which to file his above-mentioned Motion; the Plaintiff only has one (1) blank piece of paper, literally, which this correspondence/motion is herewith submitted on, and the Plaintiff also intends to cite/provide supporting case-law from the Seventh Circuit (7th Cir.) along with his Motion For Reconsideration.

(5) That the Plaintiff has constantly been sending in requests to Jeannine Kohlmeyer over at the main Law Library for necessary legal supplies (especially paper) and also for request for the pertinent relevant supporting case-laws to substantiate the basis of Plaintiff's Motion For Reconsideration, but Jeannine Kohlmeyer (and whatever other law library staff that may be involved/responsible) is intentionally and spitefully ignoring my requests and is refusing to send or provide Plaintiff with the requested necessary legal materials and the requested necessary case-laws, and is even refusing to come over and provide Notary Public (Notarization of Plaintiff's paperwork and documents) services; and this conduct by Jeannine Kohlmeyer is interfering in and denying the Plaintiff meaningful access to The Courts, and without this Court's intervention the Plaintiff, who is proceeding pro se, will surely be prejudiced.

**Relief Requested:** Wherefore, for all of the above-mentioned reasons, the Plaintiff respectfully requests this Honorable Court to grant him a reasonable and sufficient Extension Of Time in which to file his Motion For Reconsideration of this Court's September 24, 2004 order; and that this Honorable Court issue a Court-Order or an injunctive relief that Jeannine Kohlmeyer and the Law Library staff at Plaintiff's place of confinement, provide Plaintiff with the necessary legal supplies, including case-laws.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Joseph Clark, *Joseph Clark*, Plaintiff, pro se, #K57110, Northpoint-#303, 100 West Lincoln Street, P.O. Box 99, Pontiac, Illinois 61764
Respectfully Submitted.

_____  _____  ___/___/___
Committed Person's Signature    ID#    Date

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: ___/___/___

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____  _____  ___/___/___
Print Counselor's Name    Counselor's Signature    Date of Response

---

### EMERGENCY REVIEW

Date Received: ___/___/___    Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____  ___/___/___
Chief Administrative Officer's Signature    Date