UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH CLARK, | ) |
| Plaintiff, | ) |
| vs. | ) No. 04-1012 |
| JOSEPHINA TORREZ, BENNY DALLAS, TERRI ANDERSON, PEARLENE PITCHFORD, STEPHEN MOTE, PONTIAC CORRECTIONAL CENTER, and ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
| Defendants. | ) |

**MOTION TO FILE DEFENDANT TORREZ'S ANSWER INSTANTER**

NOW COMES Defendant, JOSEPHINA TORREZ, by and through her attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby moves for leave to file her Answer in this case instanter pursuant to Federal Rules of Civil Procedure Rule 6.  The defendant states as follows:

1. Plaintiff's Complaint was filed on January 21, 2004.

2. Due to clerical error and oversight the undersigned inadvertently failed to file an answer for defendant Torrez.

3. The Prison Litigation Reform Act (PLRA), 42 U.S.C. §1997(e)(g), precludes a default judgment in this case.  The language contained in §1997(e)(g)(1) is plain and unambiguous.  "No relief shall be granted to the plaintiff unless a reply has been filed." 42 U.S.C. §1997(e)(g)(1).  As such, judicial inquiry should begin and end there as it is clear that courts need not resort to legislative history or other sources when the language of the

statute is straightforward.[1]  See U.S. v. Silva, 140 F.3d 1098 (7th Cir. 1998); NuPulse, Inc. v. Schlueter Co., 853 F.2d 545 (7th Cir. 1988) (There is no cause to examine other indicia of legislative intent when the statutory language is plain); Newsom v. Friedman, 76 F.3d 813 (7th Cir. 1996) (same.)

4.    The plaintiff will not be prejudiced by allowing defendant Torrez to file her Answer instanter.  Neither the discovery nor dispositive motion deadlines have yet passed, and trial is set for October 18, 2005.  As such, defendant Torrez should be allowed to file her Answer instanter.

WHEREFORE, for the above and foregoing reasons, defendant Torrez respectfully requests this Honorable Court grant her Motion to File her Answer Instanter.

>Respectfully submitted,
>
>JOSEPHINA TORREZ,
>
>    Defendants,
>
>LISA MADIGAN, Attorney General,
>State of Illinois,
>
>    Attorney for Defendants,
>
>By    s/ John J. Weathers
>       John J. Weathers, #6276137
>       Assistant Attorney General
>       500 South Second Street
>       Springfield, IL  62706
>       Telephone:  (217) 785-4555
>       Facsimile:  (217) 524-5091
>       E-Mail:  jweathers@atg.state.il.us

---

[1] In any event, given the tenor of the Prison Litigation Reform Act in general and the fact that it was enacted to as a law and order attempt to control frivolous lawsuits by inmates, the legislative history of the Act as a whole supports the defendant's argument that Congress did not intend for defendant to be defaulted in cases such as this one.

## CERTIFICATE OF SERVICE

 I hereby certify that on July 8, 2005, I electronically filed Defendant's Motion to File Answer Instanter with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

 None

and I hereby certify that on July 8, 2005, I mailed by United States Postal Service, the document to the following non-registered participant:

 Joseph Clark, #K-57170
 Pontiac Correctional Center
 700 West Lincoln St, P O. Box 99
 Pontiac, IL 61764

        Respectfully submitted,

        s/ John J. Weathers
        John J. Weathers
        Assistant Attorney General
        500 South Second Street
        Springfield, IL 62706
        Telephone: (217) 785-4555
        Facsimile: (217) 524-5091
        jweathers@atg.state.il.us
        Attorney Bar #6276137