E-FILED
Tuesday, 26 July, 2005 03:42:49 PM
Clerk, U.S. District Court, ILCD

From:- Mr. Joe Clark
#K57170, North House-141
700 West Lincoln Street
P.O. Box-99
Pontiac, Illinois 61764

July 24, 2005

To:- John M. Waters, clerk
Clerk Of The Court
United States District Court
Central District Of Illinois
Office Of The Clerk, Room 309
Federal Build, 100 N.E. Monroe Street
Peoria, Illinois 61602

**FILED**
JUL 26 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE: Enclosed self-addressed envelope, requesting for stamp-filed copy of pleading (Josep Clark vs. Josephina Torrez, et al., Case No. 04-1012).

Dear Clerk Waters:

This is Mr. J. Clark, and I am the Plaintiff in the above-referenced case which is actively pending in this Court. I am writing this letter of request to you in order to request for a stamp-filed copy of my pleading which I submitted to you (this Court) on June 27, 2005. On June 27, 2005 I submitted/mailed to you the original and three (3) copies of my Plaintiff's Emergency Dual-Motion For Appointment Of Counsel And Extension Of Time In Which To Conduct And Complete Discovery Or, Alternatively, For A Court-Order For The Plaintiff To Be Given Access To Use The Prison Law Library Cell And An Extension Of Time In Which To Conduct And Complete Discovery; And For A Preliminary Injunction, along with attached related Proof/Certificate Of Service, and I requested that you stamp-file one of the copies and return it back to me for my own personal file/references. But I notice that you have not sent me any stamp-filed copy of my above-mentioned pleading. However, I also realize that when I submitted my pleading(s) to you I did not include a self-addressed envelope to facilitate my need and request for you to stamp-file one of the copies and return it back to me. So enclosed you will please find my self-addressed envelope, which I am providing to you for this purpose. So I ask that you kindly stamp-file one of the copies of my above-mentioned pleading(s) (my "Plaintiff's Emergency Dual-Motion"), which I submitted to you on June 27, 2005, and return/send it to me in the enclosed self-addressed envelope, at your earliest convenience.

Sincerely,
Mr. Joe Clark
#K57170, North House-141
700 West Lincoln Street
P.O. Box-99
Pontiac, Illinois 61764