UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH CLARK, | ) |
| Plaintiff, | ) |
| vs. | ) No. 04-1012 |
| JOSEPHINA TORREZ, | ) |
| Defendant. | ) |

## MOTION TO EXTEND DEADLINES

NOW COMES Defendant, JOSEPHINA TORREZ, by and through her attorney, Lisa Madigan, Attorney General for the State of Illinois, and moves to extend the discovery and dispositive motion deadlines in the above-captioned case. In support thereof, defendant states as follows:

1. Pursuant to the scheduling order, the discovery deadline in this matter is currently set for July 29, 2005, and the dispostive motion deadline is currently set for August 26, 2005.

2. The defendant requires additional time in order to complete discovery, including taking the deposition of plaintiff, and to adequately file a dispostive motion in this cause of action.

3. Due to the undersigned's current schedule, the defendant requests an additional 30 days, up to and including August 29, 2005, to complete discovery, and an additional 30 days, up to and including September 26, 2005, to file her dispositive motion.

4. This motion is not made for the purposes of undue delay, but is made in good faith to allow the defendant time to depose the plaintiff.

WHEREFORE, for the above and foregoing reasons, defendant respectfully requests that the discovery deadline and disposition motion deadline be extended 30 days to August 29, 2005 and September 26, 2005, respectively.

    Respectfully submitted,

    JOSEPHINA TORREZ,

        Defendant,

    LISA MADIGAN, Attorney General,
    State of Illinois,

        Attorney for Defendant,

By   s/ John J. Weathers
    John J. Weathers, #6276137
    Assistant Attorney General
    500 South Second Street
    Springfield, IL  62706
    Telephone:  (217) 785-4555
    Facsimile:  (217) 524-5091
    E-Mail:  jweathers@atg.state.il.us

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 27, 2005, I electronically filed Defendant's Motion to Extend Deadlines with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    None

and I hereby certify that on July 27, 2005, I mailed by United States Postal Service, the document to the following non-registered participant:

    Joseph Clark, #K-57170
    Pontiac Correctional Center
    700 West Lincoln St, P.O. Box 99
    Pontiac, IL 61764

    Respectfully submitted,

    s/ John J. Weathers
    John J. Weathers
    Assistant Attorney General
    500 South Second Street
    Springfield, IL  62706
    Telephone:  (217) 785-4555
    Facsimile:  (217) 524-5091
    jweathers@atg.state.il.us
    Attorney Bar #6276137