UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

E-FILED
Friday, 05 August, 2005 08:28:24 AM
Clerk, U.S. District Court, ILCD

FILED
AUG - 4 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JOSEPH CLARK, )
)
Plaintiff, )  No. 04-1012
)
vs. )
)
JOSEPHINA TORREZ, )
)
Defendant. )

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO EXTEND DEADLINES

NOW COMES PLAINTIFF, Joseph Clark, pro se, and respectfully moves this Court to deny the defendant's motion to extend deadlines, and to order the defendant to abide by the scheduling order already set/established in this above-captioned case. In support hereof, the Plaintiff states as follows:

① This Court has already set the scheduling order in this above-captioned case, and has ordered that the parties shall abide by such scheduling order; the Discovery deadline in this matter is set for July 29, 2005, and the Dispositive Motion deadline in this matter is set for August 26, 2005.

② The defendant claims that additional time is required in order for the defendant to complete discovery, including taking the deposition of Plaintiff.

③ On January 21, 2004, a whole year and six months ago, United States Magistrate Judge, John A. Gorman, entered scheduling order in this above-captioned case, and in that scheduling order the judge granted the defendant leave to depose the Plaintiff. That was a year and a half ago. So the defendant has had the authorization and the opportunity to take the deposition of the Plaintiff since January 21, 2004, a whole year & a half ago; but the defendant, after all this time, is just now seeking to, or showing interest in, deposing the Plaintiff. And not only that, but the defendant has waited until this late juncture in this case, a most inconvenient time, when the scheduling order and the trial date has already been set in this case. And the defendant has not even given or mentioned any reason or explanation for such a long delay.

④ In their Motion To Extend Deadlines the defendant states that additional time is required in order to complete discovery, as if the defendant has already initiated or started Discovery; but the defendant hasn't even begun their discovery, let alone being near completion of Discovery.

⑤ Also just recently, on July 08, 2005, the defendant filed motion in this Court for Leave To File Defendant's Answer Instanter, after all this time this above-captioned matter has been pending in this Court. This, and now the defendant's most recently filed Motion To Extend Deadlines, is clearly indicative of the defendant's culpable neglect in this case, and

the granting of either one of these motions (Defendant's Motion For Leave To File Defendant Torrez's Answer Instanter, and Motion To Extend Deadlines) will surely cause more undue delay in this above-captioned case and frustrate the scheduling order which has already been established by this Court.

⑥ The defendant's Motion is not brought in good faith, but for the defendant's own ulterior motive(s) (perhaps in a feeble attempt to undermine the full magnitude of the effects that the retaliatory, herassing acts of prison officials against the Plaintiff has had upon the Plaintiffs' legal pursuits).

⑦ The Plaintiff is already at a disadvantage in this case due to the prison staff hindering and frustrating the Plaintiffs' legal and administrative pursuits by continuously herassing and retaliating against Plaintiff; and there is a strong possibility that the Plaintiff will suffer prejudice if this Court grants the defendant's motion.

Wherefore, for the above and foregoing reasons, the Plaintiff respectfully moves this Court to deny the defendant's Motion To Extend Deadlines, and to order the defendant to abide by the scheduling order already set/established in this case.

Dated: July 30, 2005

Respectfully Submitted,

_Joseph Clark_
Plaintiff, pro se

Joseph Clark
#K57170, North House-350
700 West Lincoln Street
P.O. Box-99
Pontiac, Illinois 61764

②

IN THE
United States District Court For
The Central District Of Illinois

Joseph Clark, )
Plaintiff, )
)
) Case No. 04-1012
v. )
)
Josephina Torrez, )
Defendant. )

## PROOF/CERTIFICATE OF SERVICE

TO: John M. Waters, clerk
Clerk Of The United States District Court
Central District Of Illinois, Peoria Division
Office Of The Clerk, Room 309
Federal Building, 100 N.E. Monroe Street
Peoria, Illinois 61602
(the original and two (2) copies sent)

TO: John J. Weathers
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(one (1) copy sent)

PLEASE TAKE NOTICE that on August 01, 2005, I have placed the documents listed below in the institutional mail at Pontiac Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: my Pre-Addressed Envelope; my Cover Letter to The Clerk Of The Court; my Response In Opposition To Defendant's Motion To Extend Deadlines; and this Proof/Certificate Of Service.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: July 30, 2005

/s/ Joseph Clark
NAME: Joseph Clark
IDOC#: #K57170
Pontiac Correctional Center
P.O. BOX- 99
Pontiac, IL. 61764

Revised Jan 2002

July 30, 2005

Dear Clerk Waters:

This is Mr. J. Clark at Pontiac Corr. Center, and I am the Plaintiff in the enclosed-captioned legal matter, which is pending in this Court. Enclosed you will find the original and two(2) copies of my Plaintiff's Response In Opposition To Defendant's Motion To Extend Deadlines, and the attached related Proof/Certificate Of Service and the enclosed Pre-Addressed Envelope. The enclosed original and one(1) of the copies is for you to file with The Court, and the additional copy is for you to filed-stamp and return back to me in the enclosed Pre-Addressed Envelope for my own file/references. *Also, be advised that counsel for the defendant has been served with a copy of my enclosed pleading, as is indicated in the enclosed Proof/Certificate Of Service. So I ask you file the enclosed original and one(1) of the copies with The Court, and that you filed-stamp the a onal copy and return it back to me in the enclosed pre-addressed envelope for my own file/references, your earliest convenience. Thank you for your cooperation and your help.

Sincerely

Mr. J. Clark
#K57170, North House - 350
700 West Lincoln Street
P.O. Box - 99
Pontiac, Illinois 61764