Original Copy

**FILED**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**AFFIDAVIT OF AFFIRMATION UNDER PENALTY OF PERJURY**

04-1012

I, _____Joseph Clark_____, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS 5/1-109 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing documents are known to me and are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __01ˢᵗ__ day of __August__, 2005.

Joseph Clark
**Affiant**

## AFFIDAVIT IN SUPPORT OF PRELIMINARY INJUNCTION

I, Joseph Clark, the undersigned, do swear, under penalty of perjury as defined in 735 ILCS 5/1-109, that the legislative intent and purpose of Public Act 91-912, enacted as House Bill 4124, § 3-6-2(f), is intended for a person committed to the Illinois Department of Corrections who becomes in need of and requires immediate medical or dental care and treatment at a place other than the institution or facility, not for prison populations in general or as a whole, and that this above-mentioned legislation has been inappropriately and inconsistently ascribed/adopted and implemented by the Pontiac Correctional Center through Warden's Bulletin No. 80, dated September 27, 2000, a copy of which is attached to Plaintiff's originally filed complaint at Plaintiff's Exhibit-B; and I swear that the defendant and agents of the defendant are fraudulently and unconstitutionally manipulating the above-mentioned legislature, through their (the defendants) official practice and policy of their two-dollar ($2.00) co-payment, to obtain money from the Plaintiff, and other similarly situated prisoners, without providing necessary medical care in return, and to flat-out deny necessary medical care/treatment for Plaintiff's serious medical needs; and I swear that on March 12, 2004 medical technician Beal fraudulently charged me two-dollars ($2.00) without providing me any type of medical care or treatment at all; and I swear that on May 28, 2004, the oral hygienist fraudulently charged me two-dollars ($2.00) without providing me with a full, complete, real, thorough oral cleaning; and I swear that on December 28, 2004, Dr. S. Vade fraudulently charged me two-dollars ($2.00) without providing me any type of medical care or treatment for the painful, itchy sore/spot on my right leg; and I swear that the defendant and/or agents of the defendant has been, and still are, aggravating Plaintiff's medical condition in his feet and making Plaintiff's medical condition in his feet worse by spitefully refusing to return Plaintiff's medically prescribed footwear back to him, and is fraudulently attempting to use their $2.00 co-payment scheme to get the Plaintiff to constantly pay them (staff) for the pain & injury which they (staff) are intentionally and spitefully causing; and I swear that the prison staff purposefully and conspiratorily creates/causes situations or environmental circumstances which causes sickness/illness, as a way to fraudulently make prisoners, including Plaintiff, pay money to them (staff) in order to get a remedial medicine or antidote for the sickness/illness which they themselves (staff) cause; and I swear that these are not isolated incidents that occur to the Plaintiff only, and that there are numerous

(Continued) turn over →

IN THE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

Joseph Clark,
Plaintiff,

       v.

Josephina Torrez, et al.,
Defendant(s).

) ) ) ) ) ) )

Case No.   04 - 1012

## PROOF/CERTIFICATE OF SERVICE

TO:   John M. Waters, Clerk
Clerk Of The United States District Court
Central District Of Illinois, Peoria Division
Office Of The Clerk, Room 309
Federal Building, 100 N.E. Monroe Street
Peoria, Illinois 61602
(the original and three(3) copies sent)

TO:   John J. Weathers
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(one(1) copy sent)

PLEASE TAKE NOTICE that on _____ August   04 ____, 2005, I have placed the
documents listed below in the institutional mail at ____Pontiac____ Correctional Center,
properly addressed to the parties listed above for mailing through the United States Postal
Service: my Cover Letter to the Clerk of the Court (concern-
ing: My Affidavits In Support Of My Previously Submitted Motion For Preliminary Injunction); my Affidavits
In Support Of Preliminary Injunction; and this Proof/Certificate Of Service; and a Pre-Addressed Envelope.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury,
that I am a named party in the above action, that I have read the above documents, and that the
information contained therein is true and correct to the best of my knowledge.

DATE: August 02, 2005

/s/            Joseph Clark
NAME:   Joseph Clark
IDOC#: #K57170
____Pontiac____ Correctional Center
P.O. BOX- 99
____Pontiac____, IL. 61764

other prisoners who are similarly situated who have been, and still are, subjected to these forms of fraudulent practices of the prison staff, and that these are continuous, ongoing, official practices of prison staff at Plaintiff's present place of confinement; and I swear that on February 02, 2005, medical technician Douglas Brown flat-out refused to give or provide the Plaintiff (me) with any medical attention or care whatsoever, and refused to refer me to to see a doctor or other medical staff member for my serious medical needs, due to the fact that I did not have a P-96 form at the time to give him; and I swear that on June 06, 2005, medical technician J. Bickle refused to provide me with necessary medical attention, care or treatment whatsoever, due to the fact that I did not have a P-96 form at the time to give to him; and I swear that on June 25, 2005, medical technician M. MacBeth refused to give me anything for the pain of my medical condition in my feet and refused to do anything about my serious medical need, due to the fact that I was unable to obtain a P-96 form and didn't have one to give her; and I swear that the defendants' two-dollar co-payment practice/policy is contrary to and does not reflect the true legislative intent and purpose of Public Act 91-912, enacted as House Bill 4124, § 3-6-2(f), and that it only fosters and provides continuous opportunity for the defendant and prison staff to be deliberately indifferent to my serious medical needs, and that this is unconstitutional practice by the defendants and is ongoing and continuous, and I, as well as many other prisoners, will continue to be subjected to such unconstitutional practices of the defendant if this Court does not intervene; and I swear that I have already filed grievances concerning these matters, but to no avail as the grievance committee and process is biased, unreliable, and basically useless and futile; and I swear that the defendants' current two-dollar co-payment practice/policy is also contrary to and violative of the defendant's own version/enactment of House Bill 4124, which is their (defendants') Warden's Bulletin No. 80, dated September 27, 2000; and I swear that the above-mentioned actions of the defendant and prison staff is also contrary to and violative of clearly established State law, codified at 745 ILCS 10/4-105: Medical Care of Prisoners - Failure To Provide; and I swear that I, and other persons similarly situated, will continue to suffer injury and violations of Constitutional magnitude without the intervention of this Court, and therefore, a Preliminary Injunction, enjoining the defendants from continuing the practice of their two-dollar co-payment scheme, is necessary from this Court in order to prevent any such future Constitutional violations from continuing to occur; and I swear that I have clearly established and met all four (4) of the criterior for obtaining a Preliminary Injunction; and I swear that all of the facts stated in my motion for request for Preliminary Injunction Pursuant To 735 ILCS 5/11-102, to which this Affidavit In Support is attached, are incorporated herein as though fully & precisely written herein, and that all of these said facts are true and correct in substance and in fact.

Joseph Clark
Affiant



**FILED**

AUG - 8 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_August 02, 2005_

Dear Clerk Waters:

this is Mr. Joseph Clark, and I am the Plaintiff in the case of Joseph Clark v. Josephina Torrez, et al., Case No. 04-1012, which is pending in this Court. As you know, on June 27, 2005 I submitted to you the original and three (3) copies of my Plaintiff's Emergency Dual-Motion For Appointment Of Counsel And Extension Of Time In Which To Conduct And Complete Discovery Or, Alternatively, For A Court-Order For The Plaintiff To Be Given Access To Use The Prison Law Library Cell And An Extension Of Time In Which To Conduct And Complete Discovery; And For A Preliminary Injunction, along with Proof/Certificate Of Service, for you to file with the Court. However, when I sent you my above-mentioned pleadings, I forgot to include my Affidavit In Support of my Motion For Preliminary Injunction, which I was supposed to have attached to my Preliminary Injunction request. *Enclosed you will find the original and three (3) copies of my Affidavit In Support Of Preliminary Injunction, which I am hereby submitting to you for you to supplement/attach to my above-mentioned pleadings (my Plaintiff's Emergency Dual-Motion) which I submitted to you on June 27, 2005. Also enclosed you will find my pre-addressed envelope which I have provided for you to return a stamp-filed copy of one of the enclosed Affidavits In Support Of Preliminary Injunction back to me for my own file/references, or for you to send me whatever other form of verification that you choose to employ that will show or indicate that you have supplemented/attached these enclosed Affidavits to my above-mentioned Motion For Preliminary Injunction which I submitted to you on June 27, 2005. Also enclosed I have included Proof/Certificate Of Service, as proof/verification that I have served these enclosed Documents (Affidavit In Support) upon you, on the date indicated. **Also, please be advised that counsel for the defendant has also been served with a copy of the enclosed Affidavit In Support Of Preliminary Injunction, as is indicated in the enclosed Proof/Certificate Of Service. So I ask that you supplement/attach the enclosed Affidavits In Support Of Preliminary Injunction to my above-mentioned Motion For Preliminary Injunction which I submitted to you on June 27, 2005; and that you use the enclosed pre-addressed envelope to send/return to me a stamp-filed copy of my enclosed Affidavit In Support, or to send me whatever other form of verification that you have supplemented/attached these enclosed Affidavits to my above-mentioned pleadings (my Plaintiff's Emergency Dual-Motion) which I submitted to you on June 27, 2005. I appreciate your time, your cooperation and your help.

Sincerely,

Mr. J. Clark
#K57170, North House-350
700 West Lincoln Street
P. O. Box - 99
Pontiac, Illinois 61764