E-FILED
Monday, 29 August, 2005 02:59:22 PM
Clerk, U.S. District Court, ILCD

FILED

AUG 29 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE
United States District Court For The
Central District Of Illinois, Peoria Div.

Joseph Clark, )
Plaintiff, )
)  Case No. 04-1012
v. )
)
Josephina Torrez, )
Defendant. )

## PROOF/CERTIFICATE OF SERVICE

TO: John M. Waters, clerk
Clerk Of The United States District Court
Central District Of Illinois, Peoria Division
Office Of The Clerk, Room 309
Federal Building, 100 N.E. Monroe Street
Peoria, Illinois 61602
(the original and two (2) copies sent)

TO: John J. Weathers
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(one (1) copy sent)

PLEASE TAKE NOTICE that on August 25, 2005, I have placed the documents listed below in the institutional mail at Pontiac Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: my Cover Letter to the Clerk Of The Court; my Request For Admission Of Facts; a Pre-Addressed Envelope; and this Proof/Certificate Of Service.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: August 24, 2005

/s/ Joseph Clark
NAME: Joseph Clark
IDOC#: #K57170
Pontiac Correctional Center
P.O. BOX- 99
Pontiac, IL. 61764

Revised Jan 2002

August 24, 2005

Dear Clerk Waters:

This is Mr. J. Clark, and I am the Plaintiff in the case of Joseph Clark vs. Josephina Torrez, Case No. 04-1012, which is actively pending in this Court. Enclosed you will find the original and two(2) copies of my Request For Admission Of Facts, with the attached related Proof/Certificate Of Service. (*Enclosed you will also find a Pre-Addressed Envelope.) The original and one(1) of the copies is for you to file with The Court, and the additional copy is for you to filed-stamp and return back to me in the enclosed pre-addressed envelope for my own file/references.

**Be advised that counsel for the Defendant has also been served with a copy of these enclosed documents/pleadings, as is indicated in the enclosed Proof/Certificate Of Service.

So I ask that you file the original and one(1) copy of my enclosed pleadings with The Court, and that you filed-stamp the additional copy and return it back to me in the enclosed pre-addressed envelope for my own file/references, at your earliest convenience. Thank you for your cooperation.

Sincerely,

Joseph Clark
#KS7170, North House - 121
700 West Lincoln Street
P.O. Box - 99
Pontiac, Illinois 61764

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH CLARK, | ) |
| Plaintiff, | ) |
| vs. | ) No. 04-1012 |
| JOSEPHINA TORREZ, | ) |
| Defendant. | ) |

### REQUEST FOR ADMISSION OF FACTS

NOW COMES the Plaintiff, JOSEPH CLARK, pro se, and requests that the Defendant admit to the following facts pursuant to Federal Rule of Civil Procedure 36(a) within twenty days after service:

1. A prisoner complaining of chest pains or problems is considered to be a medical emergency, and is broadcast/transmitted over the institutional radio communication system as a code-blue medical emergency, and the medical staff responds accordingly.

2. On the morning of September 29, 2002 defendant Josephina Torrez was called/sent over to plaintiff Joseph Clark's assigned cell to see plaintiff Joseph Clark in response to plaintiff Clark's complaint of experiencing serious and severe internal chest pain.

3. According to the Warden's Bulletin No. 80, dated September 27, 2000, which is attached to the Plaintiff's Complaint at Exhibit-B, inmates requesting emergency medical services are not required to sign a trust voucher (P-96) or pay a $2 co-payment for the medical services.

4. Also according to the Warden's Bulletin No. 80, dated September 27, 2000, attached to the Plaintiff's Complaint at Exhibit-B, at paragraph #2, even inmates requesting non-emergency medical services are not required to sign a trust fund voucher (P-96) until he arrives at sick-call for the medical treatment.

5. It is the inmates' responsibility and duty to obtain P-96 forms for use when requesting non-emergency medical services.

6. It is not the duty or responsibility of the medical technicians to maintain or carry with them P-96 forms for inmates' use for requesting medical services.

7. On the morning of September 29, 2002 while Defendant Torrez was at Plaintiff Clark's cell, Defendant Torrez did not physically examine Plaintiff Clark and did not check any of Plaintiff Clark's vital signs (blood pressure, body temperature, etc.).

8. On the morning of September 29, 2002 Dr. Michael Trainor was the physician on duty.

9. On the morning of September 29, 2002, Defendant Torrez left Plaintiff Clark's assigned cell and went on the back flag area to use the telephone.

10. When Defendant Torrez went to use the telephone, she (defendant Torrez) called over to the Health Care Unit and spoke to Dr. Michael Trainor.

11. In all honesty, Defendant Torrez did not know what to do or what medical action to take in response to Plaintiff Clark's severe chest pain on the morning of September 29, 2002.

12. On the morning of September 29, 2002 Defendant Torrez was not an actual certified medical technician.

13. On September 29, 2002, nor prior thereto, Defendant Torrez had not taken nor completed the necessary classes/courses to qualify as a medical technician.

14. On the morning of September 29, 2002, Defendant Torrez did not have the experience, credentials, training or qualifications of a certified medical technician.

15. Plaintiff Joseph Clark was found guilty and disciplined for the disciplinary report which Defendant Torrez wrote against Plaintiff Clark in the year of 2002 for charges/allegations of flooding with water.

Respectfully Submitted,

_Joseph Clark_
Plaintiff, pro se

Joseph Clark
#K57170, North House - 121
700 West Lincoln Street
P.O. Box - 99
Pontiac, Illinois 61764