E-FILED
Tuesday, 30 August, 2005  02:43:38 PM
Clerk, U.S. District Court, ILCD

FILED
AUG 3 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE
United States District Court For The
Central District Of Illinois

Joseph Clark,
Plaintiff,

v.

Josephina Torrez,
Defendant.

Case No. 04-1012

## PROOF/CERTIFICATE OF SERVICE

TO: John M. Waters, Clerk
Clerk Of The United States District Court
Central District Of Illinois, Peoria Division
Office Of The Clerk, Room 309
Federal Building, 100 N.E. Monroe Street
Peoria, Illinois 61602
(the original and two(2) copies sent)

TO: John J. Weathers
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(one(1) copy sent)

PLEASE TAKE NOTICE that on _____August 26_____, 20_05_, I have placed the documents listed below in the institutional mail at ___Pontiac___ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: my Cover Letter to the Clerk Of The Court; my Request For The Production Of Documents And Other Pertinent Material; a Pre-Addressed Envelope; and this attached related Proof/Certificate Of Service.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: August 25, 2005

/s/ Joseph Clark
NAME: Joseph Clark
IDOC#: #K57170
___Pontiac___ Correctional Center
P.O. BOX- 99
___Pontiac___, IL. 61764

Revised Jan 2002

August 25, 2005

Dear Clerk Waters:

This is Mr. J. Clark, and I am the Plaintiff in the enclosed-captioned case (Joseph Clark vs. Josephina Torrez, Case No. 04-1012), which is actively pending in this Court. Enclosed you will find the original and two(2) copies of my Request For The Production Of Documents And Other Pertinent Material, along with the attached related Proof/Certificate Of Service. (*Also enclosed you will find my Pre-Addressed Envelope.) The original and one(1) of the copies is for you to file with The Court, and the additional copy is for you to filed-stamp and return back to me in the enclosed Pre-Addressed Envelope, for my own file/references. **Moreover, be advised that I have also served a copy of all of these enclosed papers/pleadings upon counsel for the Defendant, as is indicated in the enclosed Proof/Certificate Of Service.

So I ask that you file the enclosed original and one(1) of the duplicate copies with The Court, and that you filed-stamp the additional copy and return it back to me in the enclosed Pre-Addressed Envelope, for my own file/references, at your earliest convenience. Your cooperation is appreciated.

Sincerely,

Mr. J. Clark
#K57170, North House-121
700 West Lincoln Street
P.O. Box-99
Pontiac, Illinois 61764

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 04-1012 |
| ) | |
| JOSEPHINA TORREZ, ) | |
| ) | |
| Defendant. ) | |

## REQUEST FOR THE PRODUCTION OF DOCUMENTS AND OTHER PERTINENT MATERIAL

NOW COMES Plaintiff, JOSEPH CLARK, pro se, according to the Federal Rules of Civil Procedure, and requests that the Defendant, within twenty days of service of this request, produce and provide to the Plaintiff, for purposes of discovery, dispositive motions, and trial in this above-captioned legal matter, the following documents/documentation and other pertinent material:

1. Any and all notes, messages, reports, findings, references, or any other documentation or entries (medical or otherwise) made into the Plaintiff's medical file on September 29, 2002, or any time thereafter, by Defendant Josephina Torrez, Dr. Michael Trainor or any other medical technician, nurse, doctor, medical practitioner, or any other medical staff member/personnel, concerning, in regards to, or in relation to the medical request and response encounter between Plaintiff Joseph Clark and Defendant Josephina Torrez which took place on September 29, 2002.

2. Any and all institutional reports (including, but not limited to, incident reports) and documentations written by Defendant Josephina Torrez, Lieutenant Benny Dallas, or any other staff member/employee, on September 29, 2002 or any time thereafter, concerning, in regards to, or in relation to the medical request and response encounter between Plaintiff Joseph Clark and Defendant Josephina Torrez which took place on September 29, 2002.

3. The disciplinary report, and its subsequent related Adjustment Committee Final Summary Report, which Defendant Torrez (whose name was Josephina Williams on the date in question) wrote against Plaintiff Joseph Clark during the year of 2002 (somewhere between the months of January-September), for charges/allegations of flooding the gallery with water.

4. The observations/monitorings/recordings of the camera(s) installed at Tower 21, or installed wherever else in the area/vacinity of Plaintiff's assigned cell (cell #812) on the day of September 29, 2002, which observed/monitored/recorded the relevant immediate area/vacinity of the Plaintiff's assigned cell (cell #812) and the end parts (from cells #812 and 612 on back to cells #801 and 601) of 8 & 6 galleries, and the back flag areas of 8 & 6 galleries, on the day of September 29, 2002.

5. Any and all documented proof or verification of credentials (including, but not limited to, degrees, certificates, enrollment in and credit hours in medical school, completion of classes or courses, etc.) or any other valid documentation showing or indicating the qualification(s) of Defendant Josephina Torrez as a medical technician on the day of September 29, 2005.

Date: August 25, 2005

Respectfully Submitted,

_Joseph Clark_
Plaintiff, pro se

Joseph Clark
#K57170, North House-121
700 West Lincoln Street
P.O. Box-99
Pontiac, Illinois 61764