E-FILED
Wednesday, 21 September, 2005  02:28:40 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOSEPH CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 04-1012 |
| | ) | |
| JOSEPHINA TORREZ, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW COMES Defendant, JOSEPHINE TORREZ, by and through her attorney, Lisa Madigan, Attorney General for the State of Illinois, and in support of her Motion for Summary Judgment pursuant to Federal Rules of Civil Procedure Rule 56(b), states as follows:

1.      The plaintiff has failed to state a cause of action for deliberate indifference to a serious medical need.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests this Honorable Court grant her Motion for Summary Judgment.

Respectfully submitted,

JOSEPHINA TORREZ,
      Defendant,

LISA MADIGAN, Attorney General,
State of Illinois
      Attorney for Defendant,

By: s/ John J. Weathers
      JOHN J. WEATHERS, #6276137
      Assistant Attorney General
      500 South Second Street
      Springfield, IL 62706
      Phone:  217-785-4555
      Fax:  217-524-5091
      jweathers@atg.state.il.us

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2005, I electronically filed Defendant's Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on September 21, 2005, I mailed by United States Postal Service, the document to the following non-registered participant:

Joseph Clark, #K-57170
Pontiac Correctional Center
700 West Lincoln St, P.O. Box 99
Pontiac, IL 61764

Respectfully submitted,

s/ John J. Weathers
John J. Weathers
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 785-4555
Facsimile:  (217) 524-5091
jweathers@atg.state.il.us
Attorney Bar #6276137