**E-FILED**
Tuesday, 27 September, 2005  04:39:47 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

JOSEPH CLARK,                          )
                                       )
              Plaintiff,               )
vs.                                    )          No. 04-1012
                                       )
JOSEPHINA TORREZ,                      )
                                       )
              Defendants.              )

## <u>MOTION FOR ENLARGEMENT OF TIME</u>

NOW COMES Defendant, JOSEPHINA TORREZ, by and through her attorney, Lisa Madigan, Attorney General for the State of Illinois, and move pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an enlargement of time of seven business days, up to and including October 6, 2005, in which to respond to Plaintiff's Request for Production of Documents and Request for Admissions of Fact.  In support of her motion, Defendant states as follows:

1.     The undersigned is the Assistant Attorney General assigned to represent the interests of defendant in this cause.

2.     Plaintiff served his Request for Production of Documents and Request for Admission of Fact on Defendant on or about August 29, 2005.

3.     Defendant's response to Plaintiff's discovery is due on or about September 27, 2005.

4.     The undersigned is in the process of preparing responses to Plaintiff's discovery, but requires additional time to confer with the defendant regarding the responses and documents which may be produced.

5.    The undersigned requests an additional seven business days in order to prepare the responses.

6.    This motion is not made for the purposes of undue delay, but is made in good faith for the purpose of preparing an adequate defense.

WHEREFORE, for the above and foregoing reasons, defendant respectfully requests an additional seven business days, up to and including October 6, 2005, within which to respond to Plaintiff's Request for Production of Documents and Request for Admissions of Fact.

Respectfully submitted,

JOSEPHINA TORREZ,
        Defendant,

LISA MADIGAN, Attorney General,
State of Illinois
        Attorney for Defendant,

By: s/ John J. Weathers
        JOHN J. WEATHERS, #6276137
        Assistant Attorney General
        500 South Second Street
        Springfield, IL 62706
        Phone:  217-785-4555
        Fax:  217-524-5091
        jweathers@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2005, I electronically filed Defendant's Motion for Enlargement of Time with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on September 27, 2005, I mailed by United States Postal Service, the document to the following non-registered participant:

Joseph Clark, #K-57170
Pontiac Correctional Center
700 West Lincoln St, P.O. Box 99
Pontiac, IL 61764

Respectfully submitted,

 s/ John J. Weathers
John J. Weathers
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 785-4555
Facsimile:  (217) 524-5091
jweathers@atg.state.il.us
Attorney Bar #6276137

3