E-FILED
Tuesday, 18 October, 2005 04:28:32 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH CLARK, | ) |
| Plaintiff, | ) |
| vs. | ) No. 04-1012 |
| JOSEPHINA TORREZ, | ) |
| Defendants. | ) |

FILED
OCT 17 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## PLAINTIFF'S RULE 56(f) MOTION FOR AN EXTENSION OF TIME

NOW COMES Plaintiff, JOE CLARK, pro se, and respectfully move this Court, pursuant to the Federal Rules Of Civil Procedure, Rule 56(f), for an extension of ten(10) days, up to and including October 22, 2005, in which to adequately review/assess the discovery disclosures and to then present pertinent documents and submit a sufficient, presentable response to the defendants' Motion For Summary Judgement.

In support of this motion, the Plaintiff states as follows:

① On August 25, 2005 and August 26, 2005 the Plaintiff served discovery requests (Request For Admission Of Facts and Request For The Production Of Documents And Other Pertinent Things) upon the Defendant.

② The information to be disclosed to the Plaintiff by the defendant in response to the above-mentioned discovery requests can show that the Plaintiff did indeed exhibit signs/symptoms of a need for medical treatment on the date in question (September 29, 2002), and that the medical doctor (Dr. Michael Trainor) on duty that day (September 29, 2002) diagnosed the Plaintiff's condition/situation as needing medical care, and ordered for the Plaintiff to be brought over to the Health Care Unit, and that the Plaintiff did indeed have a serious medical need on September 29, 2002, for purposes of the Motion For Summary Judgment filed by defendant. (*See attached Affidavit in support, at Exhibit-A.)

③ The Defendants filed their motion for summary judgment on September 21, 2005.

④ On September 27, 2005 the Defendants filed a Motion For Enlargement Of Time in which to respond to the Plaintiffs' above-mentioned discovery requests, and on ~~September~~ J.C. October 03, 2005 this Court granted the Defendants' motion and extended the Defendants' time to respond to Plaintiff's discovery requests up to and including October 06, 2005.

⑤ The Plaintiff is not insinuating or alleging that the Defendants' motion for an enlargement of time was taken in bad faith, but the Plaintiff is saying that the Defendants' delay or extended period in disclosing/providing the information and material requested for in the discovery requests, only delays and inhibits the Plaintiff's ability to obtain important, pertinent information and to present/submit an adequate response to Defendants' motion for summary judgment. The date for Plaintiff to file his response to the Defendants' motion for summary judgment is currently set at October 12, 2005. When the Plaintiff does receive the discovery requests from Defendant, he (Plaintiff) will need sufficient additional time to adequately review/assess the disclosed discovery material and to then compose and present a sufficient, meaningful response to the motion for summary judgment. (*See attached Affidavit in support, at Exhibit-B.)

⑥ Furthermore, the Plaintiff intends to present supporting Sworn Affidavits, for purposes of injunctive relief, and in support of Plaintiff's Motion For Preliminary Injunction which was previously filed in this case, which will show/demonstrate that there is a contemporary violation of a nature likely to continue, and that the Defendants were at the time suit was filed, and are at the time of summary judgment, knowingly and unreasonably disregarding objectively intolerable risks of harm, and that they will continue to do so, in order for Plaintiff to survive summary judgment, as the United States Supreme Court ruled in the case of Farmer v. Brennan, 114 S. Ct. 1970, 511 U.S. 825 (U.S. Wis. 1994).

①

At the present time, Plaintiff does not have the above-mentioned Affidavits, and therefore, he (Plaintiff) will need/require sufficient time to obtain these Affidavit forms for presentation for purposes of injunctive relief and survival of summary judgment. (* See attached Affidavit in support, at Exhibit-C.)

7) This **Rule 56(f) Motion** is presented in good faith, not to delay, and is in the interest of ensuring that the Plaintiff has sufficient/adequate time to obtain and review/assess pertinent documents and the requested discovery disclosures, and to then submit a meaningful, adequate response to the motion for summary judgment.

Wherefore, for all of the above and aforementioned reasons, the Plaintiff respectfully moves this Court, pursuant to **Rule 56(f)** of the Fed. Rules Of Civ. Procedure, for an extension of ten(10) days, up to and including October 22, 2005, in which to obtain and adequately review/assess pertinent documents and the requested discovery disclosures, and to then submit a sufficient, presentable, meaningful and adequate response to the Defendant's motion for summary judgment.

Dated: October 05, 2005

Sincerely & Respectfully Submitted,

Joseph Clark
Plaintiff, pro se

Joseph Clark
#K57170, North House-121
700 West Lincoln Street
P.O. Box-99
Pontiac, Illinois 61764

②

## AFFIDAVIT OF AFFIRMATION UNDER PENALTY OF PERJURY

I, _____Joseph Clark_____, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS 5/1-109 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing documents are known to me and are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __05th__ day of __October__, 20_05_.

_____
*Joseph Clark*
**Affiant**

I, Joseph Clark, the undersigned, do swear that, to the very best of my knowledge and understanding, the discovery requests (my Request For Admission Of Facts and my Request For The Production Of Documents And Other Pertinent Things) can show that I did indeed exhibit signs/symptoms of a need for medical treatment on September 29, 2002, and that the medical doctor (Dr. Michael Trainor) on duty that day (September 29, 2002) diagnosed the Plaintiff's condition/situation as needing medical care, and ordered for me (Plaintiff) to be brought over to the Health Care Unit; and that I did indeed have a serious medical need on September 29, 2002.

*Joseph Clark*
**Affiant**

# AFFIDAVIT OF AFFIRMATION UNDER PENALTY OF PERJURY

I, _____Joseph Clark_____, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS 5/1-109 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing documents are known to me and are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __05th__ day of __October__, 200_5_.

_____ _Joseph Clark_
                                                                                    Affiant

I, Joseph Clark, the undersigned, do swear that, to the very best of my knowledge and understanding, the Defendant's delay or extended period in disclosing/providing to me the information and material requested for in the discovery requests, will only delay and inhibit my ability to obtain important, pertinent information and to present/submit an adequate response to Defendant's motion for summary judgment; and that when I do receive said discovery request disclosures from the Defendants, I will need sufficient, additional time to adequately review/assess the disclosed discovery material and to then compose and present a sufficient, meaningful response to the motion for summary judgment, and that without such sufficient, additional time, I will not be able to compose and present said sufficient, meaningful response to the motion for summary judgment.

_Joseph Clark_
Affiant

## AFFIDAVIT OF AFFIRMATION UNDER PENALTY OF PERJURY

I, _____Joseph Clark_____, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS 5/1-109 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing documents are known to me and are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __05th__ day of __October__, 200__5__.

_____ Joseph Clark
                                    Affiant

I, Joseph Clark, the undersigned, do swear that, to the very best of my knowledge and understanding, I intend to present additional supporting sworn Affidavits, for purposes of injunctive relief, and in support of my Motion For Preliminary Injunction which I previously filed in this case, which will show/demonstrate that there is a contemporary violation of a nature likely to continue, and that the Defendants were at the time suit was filed, and are at the time of summary judgment, knowingly and unreasonably disregarding objectively intolerable risks of harm, and that they will continue to do so, in order for me to survive summary judgment; and that at this present time I do not have the above-mentioned Affidavits, and therefore, I will need/require sufficient time to obtain these Affidavit forms for presentation for purposes of injunctive relief and survival of summary judgment.

                                    Joseph Clark
                                    Affiant

[Original Copy]

October 05, 2005

Dear Clerk Waters:

This is Mr. J. Clark, and I am the Plaintiff in the case of Joseph Clark vs. Josephina Torrez, Case No. 04-1012, which is actively pending in this Court. Enclosed you will find the original and three(3) copies of my Plaintiff's Rule 56(f) Motion For An Extension Of Time, with the attached related Exhibit-A, Exhibit-B, and Exhibit-C, and the attached related Proof/Certificate Of Service. *Also enclosed you will find a pre-addressed envelope.

The enclosed original and two(2) of the copies is for you to file with the Court, and the additional copy is for you to stamp-file and return back to me in the enclose pre-addressed envelope, for my own file/references. And be advised that counsel for the Defendant has been served with a copy of all of the enclosed papers, as is indicated in the enclosed attached Proof/Certificate Of Service.

So I ask that you file the enclosed original and two(2) of the copies with the Court, and that you stamp-file the additional copy and return it back to me in the enclosed pre-addressed envelope, for my own file/references, at your earliest convenience. Thank you for your cooperation.

Sincerely,
Mr. J. Clark
#K57170, North House-121
700 West Lincoln Street
P.O. Box-99
Pontiac, Illinois 61764

IN THE

United States District Court For

The Central District Of Illinois

Joseph Clark,  )
**Plaintiff**/Petitioner  )
  )
vs.  )   Case No. 04-1012
  )
Josephina Torrez,  )
~~Defendant~~/Respondent.  )

## PROOF/CERTIFICATE OF SERVICE

TO: John M. Waters, clerk
Clerk Of The United States District Court
Central District Of Illinois, Peoria Division
Office Of The Clerk, Room 309
Federal Building, 100 N.E. Monroe Street
Peoria, Illinois 61602
(the original and three(3) copies sent)

TO: John J. Weathers
Assistant Attorney General, 500 South Second Street
Springfield, Illinois 62706
(one(1) copy sent)

PLEASE TAKE NOTICE that on October 06, 2005, I placed the documents listed below in the institutional mail at Pontiac Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: my Cover Letter to the Clerk Of the Court; my Plaintiff's Rule 56(f) Motion For An Extension Of Time, with the attached related Exhibit-A, Exhibit-B, and Exhibit-C; and this attached supporting Proof/Certificate Of Service. Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: October 05, 2005

/s/ Joseph Clark
NAME: Joseph Clark
IDOC No. #K57170
Pontiac Correctional Ctr.
POB- 99
Pontiac, IL. 61764