E-FILED
Tuesday, 17 January, 2006 01:00:17 PM
Clerk, U.S. District Court, ILCD

Original Copy

FILED
JAN 17 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

January 10, 2006

Dear Clerk Waters;

This is Mr. J. Clark, and I am the Plaintiff in the case of Joseph Clark vs. Josephine Torrez, Case No. 04-1012, which is currently actively pending in this Courts. Enclosed you will please find the original copy of my Notification Of Plaintiff's Address Change, which I am forwarding to you for you to file with The Court. You will notice that I have only sent you the original and not any duplicate copies. That is so because this facility refuses to provide me (or any other prisoner at this facility) with any copies of my legal pleadings/papers. They want us (prisoners at this facility) to write our own copies of anything and everything that we need copied, with our hand. The Law Library (the paralegals) won't copy anything for me. Nothing! This is a significant hardship, and it immediately chills my desire to continue to file and to pursue legal actions. I anticipate that this is going to be a problem with you & The Court, and that is why I am informing you of the situation right now.

Due to multiple, recurring injuries to my hand, fingers and wrists, and the resultant persistent pain, all of which can be verified by my prison medical file, and due to these defective, complicated pens (short, soft-plastic, very flexible pens) that they provide us with, along with other aggravating factors, I simply cannot and will not be able to make all of those copies by hand as they expect us to do. They are doing this as a form of retaliation against guys for exercising their Right to petition the Courts and file legal actions in the Courts, and as a way to discourage and hinder us from filing and pursuing our legal actions; and I have just recently been subjected to this significant hardship due to the retaliatory actions against me by the prison officials because of the legal actions that I file and pursue in Court, and the administrative complaints that I make, and the grievances that I file.

I am keeping one conformed copy of the enclosed Notification Of Plaintiff's Address Change, along with a Proof/Certificate Of Service, and one conformed copy of this letter that you're now reading, for my own file/references. *And I would appreciate it if you would show this letter to the Judge, so that he will be aware.

Thank You.

Sincerely,

/s/ J. Clark

Mr. J. Clark
#K57170, House-B, Pod-6, Cell-5
Tamms Correctional Center
200 Supermax Road
P.O. Box-400
Tamms, Illinois 62988