UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH CLARK, | ) |
| Plaintiff, | ) |
| vs. | ) No. 04-1012 |
| JOSEPHINA TORREZ, | ) |
| Defendant. | ) |

FILED
JAN 17 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## NOTIFICATION OF PLAINTIFF'S ADDRESS CHANGE

NOW COMES Plaintiff, JOSEPH CLARK, pro se, and states the following:

1. Plaintiff Joseph Clark is proceeding pro se in the above-captioned legal matter.

2. This notification serves to inform/notify the Court that plaintiff Clark has just had a change of mailing address and telephone number.

3. The Plaintiff was previously located at Pontiac Corr. Center, but has just recently been transferred to another facility, and is no longer at Pontiac Corr. Center.

4. Plaintiff is now located at Tamms Corr. Center, 200 Supermax Road, P.O. Box-400, Tamms, Illinois 62988; Telephone number: (613) 747-2042 / TDD: (800) 526-0844, and this is the Plaintiff's new mailing address and telephone number.

Sincerely,

Joseph Clark
Plaintiff, pro se

Joseph Clark
#K57170, House-B, Pod-6, Cell-5
Tamms Correctional Center
200 Supermax Road
P.O. Box-400
Tamms, Illinois 62988