**E-FILED**

Tuesday, 29 August, 2006  03:59:02 PM

Clerk, U.S. District Court, ILCD

# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT  IN A CIVIL CASE

**Joseph Clark**

vs.

Case Number:    **04-1012**

**Josephina Torrez, et al.**

  **DECISION BY THE COURT**.  This action came  before the Court  and a decision has been rendered.


        **IT IS ORDERED AND ADJUDGED** that pursuant to Order entered September 24, 2004 defendants Funk, Dallas, Pitchford, Mote, Anderson, Pontiac Correctional Center,  and IL Dept of Corrections terminated under Federal Rules of Civ. P. 12(b)(6).  Pursuant to Order entered August 29, 2006, judgment is entered in favor of defendant and against the plaintiff.  Parties to bear their own costs.


ENTER this 29th  day of August, 2006



JOHN M. WATERS, CLERK


/s/ K. Burns
BY:  DEPUTY CLERK